**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marie T. Jerome                        CHAPTER 13

                Debtor(s)

                                              BKY. NO. 20-10102 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Reverse Mortgage Solutions, Inc and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ *Rebecca Solarz*
                                   Rebecca Solarz
                                   14 Oct 2021, 12:35:12, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322