UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                    **CASE NO.: 20-10102-elf**
                                                        **CHAPTER 13**

**Marie T. Jerome,**
   **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Reverse Mortgage Solutions, Inc ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Authorized Agent for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112

                                          By: /s/Charles Wohlrab
                                              Charles Wohlrab, Esq.
                                              Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIE T. JEROME
807 EAST HAINES STREET
PHILADELPHIA, PA 19138

And via electronic mail to:

ZACHARY PERLICK
1420 WALNUT STREET, SUITE 718
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

                                                  By: /s/ Brianna Carr