# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 20-10102-ELF

MARIE T. JEROME

807 EAST HAINES STREET

PHILADELPHIA, PA 19138-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARIE T. JEROME

    807 EAST HAINES STREET

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

Date: 5/24/2022                           /S/ Kenneth E. West
                                                                          _____
                                                                           Kenneth E. West, Esquire
                                                                           Chapter 13 Standing Trustee