United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                      Case No. 20-10102-elf

Marie T. Jerome            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: Aug 02, 2022                 Form ID: pdf900                 Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie T. Jerome, 807 East Haines Street, Philadelphia, PA 19138-1701 |
| nof | + | Joseph Jerome, 807 E. Haines Street, Philadelphia, PA 19138-1701 |
| 14463136 | + | ANN E. SWARTZ, ESQUIRE, Attorney for Bank of New York Mellon Tru, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14460413 | + | Bank of New York Mellon Trust Company, N.A. as Tru, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14466779 | | Bank of New York Mellon Trust Company, N.A. as.., Attn BK Dept, 3900 Capital Blvd, Lansing, MI 48906 |
| 14448730 | + | CIT Bank, 7700 West Parmer Lane, Austin, TX 78729-8101 |
| 14653433 | + | PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14643206 | + | Reverse Mortgage Solutions, Inc, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14635307 | + | Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014-1345 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 02 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Aug 02 2022 23:46:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14455037 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 23:55:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14448729 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 23:55:52 | Ashley Funding Servicies, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14449420 | Email/Text: megan.harper@phila.gov | Aug 02 2022 23:46:00 | City of Philadelphia, C/O Pamela Elchert Turmond, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14516596 | Email/Text: megan.harper@phila.gov | Aug 02 2022 23:46:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14509941 | Email/Text: megan.harper@phila.gov | Aug 02 2022 23:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14688275 + | Email/Text: RASEBN@raslg.com | Aug 02 2022 23:45:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Aug 02, 2022 | Form ID: pdf900 | | Total Noticed: 21 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14688333 | + | Email/Text: RASEBN@raslg.com | Aug 02 2022 23:45:00 | Reverse Mortgage Solutions, Inc., Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14448732 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2022 23:55:43 | T-Mobile/T-Mobile USA, Inc., by American Infosource LP as agent, 4515 N. Santa Fe Drive, Oklahoma City, OK 73118-7901 |
| 14448733 | | Email/Text: megan.harper@phila.gov | Aug 02 2022 23:46:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14448731 | *+ | CIT Bank, 7700 West Parmer Lane, Austin, TX 78729-8101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor PHH Mortgage Corporation as Attorney in fact for Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Reverse Mortgage Solutions Inc cwohlrab@raslg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust ecfmail@mwc-law.com, mcohen@mwc-law.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor Reverse Mortgage Solutions Inc bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PHH Mortgage Services bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 02, 2022 Form ID: pdf900 Total Noticed: 21

on behalf of Debtor Marie T. Jerome Perlick@verizon.net pireland1@verizon.net

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARIE T. JEROME | Chapter 13 |
| Debtor | Bankruptcy No. 20-10102-ELF |

# ORDER

**AND NOW**, this ___2nd___ day of ___August___, 202<u>2</u>, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
MARIE T. JEROME

807 EAST HAINES STREET

PHILADELPHIA, PA 19138-